UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **25-1105**

Case Title: **Catholic Charities of Jackson, Lenawee, and Hillsdale Counties, et al.** vs. **Gretchen Witmer, et al.**

List all clients you represent in this appeal:

**Institute for Justice**

☐ Appellant  ☐ Petitioner  ☑ Amicus Curiae  ☐ Criminal Justice Act
☐ Appellee   ☐ Respondent  ☐ Intervenor                (Appointed)

☐ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Benjamin Field**   Signature: s/ **Benjamin Field**

Firm Name: **Institute for Justice**

Business Address: **901 North Glebe Road, Suite 900**

City/State/Zip: **Arlington, Virginia 22203**

Telephone Number (Area Code): **(703) 682-9320**

Email Address: **bfield@ij.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17