UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **25-1105**

Case Title: **Catholic Charities of Jackson et al.** vs. **Gretchen Whitmer, Gov. of Mich. et al.**

List all clients you represent in this appeal:

**American Psychological Association; Michigan Psychological Association, National Association of Social Workers, and American Association for Marriage and Family Therapy**

☐ Appellant   ☐ Petitioner   ☒ Amicus Curiae   ☐ Criminal Justice Act
☐ Appellee    ☐ Respondent   ☐ Intervenor                (Appointed)

☒ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Jessica Ring Amunson**     Signature: s/ **Jessica Ring Amunson**

Firm Name: **Jenner & Block LLP**

Business Address: **1099 New York Avenue NW, Suite 900**

City/State/Zip: **Washington, DC 20001**

Telephone Number (Area Code): **(202) 639-6000**

Email Address: **jamunson@jenner.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.