UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: June 06, 2025

Mr. Christopher Mark Allen
Ms. Jessica Ring Amunson
Ms. Shireen Barday
Mr. Christopher W. Braverman
Mr. Brennan Tyler Brooks
Mr. Daniel Chen
Ms. Amy Velva Doukoure
Mr. Benjamin Field
Mr. Gallant Fish
Mr. Benjamin Fleshman
Mr. Luke William Goodrich
Ms. Adele A. Keim
Mr. Eric Nieuwenhuis Kniffin
Mr. Shannon Price Minter
Mr. Daniel John Ping
Ms. Cristina Sepe
Mr. Paul M. Sherman
Mr. Joseph David Spate
Mr. Christopher F. Stoll

Re: Case No. 25-1105, *Catholic Charities of Jackson, Lenawee & Hillsdale, et al v. Gretchen Whitmer, et al*
Originating Case No. 1:24-cv-00718

Dear Counsel,

The appellant's motion for an extension of time to file the reply brief has been GRANTED. The reply brief is now due **July 1, 2025**.

Sincerely yours,

s/Virginia Lee Padgett
Case Manager
Direct Dial No. 513-564-7032