Case No. 25-1105

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

# ORDER

CATHOLIC CHARITIES OF JACKSON, LENAWEE, AND HILLSDALE COUNTIES; EMILY MCJONES

    Plaintiffs - Appellants

v.

GRETCHEN WHITMER, Governor of Michigan; in her official capacity; DANA NESSEL, Attorney General of Michigan; in her official capacity; MARLON BROWN, Director of the Michigan Department of Licensing and Regulatory Affairs; in his official capacity; AMY GUMBRECHT, Director of the Bureau of Licensing in the Michigan Department of Licensing and Regulatory Affairs; in her official capacity; ELIZABETH HERTEL, Director of the Michigan Department of Health and Human Services; in her official capacity; NAPOLEON HARRINGTON, member of the Michigan Board of Counseling; official capacity; SHERI PICKOVER, member of the Michigan Board of Counseling; official capacity; LESLEY ADDISON, member of the Michigan Board of Counseling; official capacity; LAURA MAMMEN, member of the Michigan Board of Counseling; official capacity; ROBIN CHOSA, member of the Michigan Board of Counseling; official capacity; MARY BILLMAN, member of the Michigan Board of Counseling; official capacity; WALTER HARPER, member of the Michigan Board of Counseling; official capacity; CHARLES HUGHES, member of the Michigan Board of Counseling; official capacity; JANET GLAES, member of the Michigan Board of Counseling; official capacity; ROTESA BAKER, member of the Michigan Board of Counseling; official capacity; ROBERTO OVERTON, member of the Michigan Board of Counseling; official capacity; COURTENAY MORSI, member of the Michigan Board of Counseling and Michigan Board of Psychology; official capacity; JULIAN DIAZ, member of the Michigan Board of Social Workers; official capacity; DANIELLE HOOVER, member of the Michigan Board of Social Workers; official capacity; JANET JOINER, member of the Michigan Board of Social Workers; official capacity; MARIA PETRIDES, member of the Michigan Board of Social Workers; official capacity; PETRA ALSOOFY, member of the Michigan Board of Social Workers; official capacity; MAXINE THOME, member of the Michigan Board of Social Workers; official capacity; VICTOR WEIPERT, member of the Michigan Board of Social Workers; official capacity; ROCHELLE VRSEK, member of the Michigan Board of Social Workers; official capacity; CHINA SELLS, member of the Michigan Board of Social Workers; official capacity; LATRICIA POWELL, member of the Michigan Board of Psychology; official capacity; JOHN RANDLE, member of the Michigan Board of Psychology; official capacity; GARY HARPER, member of the Michigan Board of Psychology; official capacity; FRANCES BROWN, member of the Michigan Board of Psychology; official capacity; CHARMEKA NEWTON, member of the Michigan Board of Psychology; official capacity; HARPER WEST, member of the Michigan Board of Psychology; official capacity; MELISSA GREY, member of

the Michigan Board of Psychology; official capacity; BRANDELL ADAMS, member of the Michigan Board of Psychology; official capacity

        Defendants - Appellees

Upon consideration of the Joint motion to hold case in abeyance pending the Supreme Court's decision in Chiles v. Salazar,

It is **ORDERED,** that the motion is hereby **DENIED.** The parties may address at oral argument whether the panel should hold the case in abeyance pending a decision from the Supreme Court in Chiles v. Salazar.

        **ENTERED BY ORDER OF THE COURT**
        Kelly L. Stephens, Clerk

Issued: September 08, 2025